IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL BLANFORD,<br><br>Debtor.<br><hr>SCHOOLS FINANCIAL CREDIT UNION AKA SCHOOLSFIRST FEDERAL CREDIT UNION,<br><br>Garnishee. | Case No. 2:22-MC-00268-WBS-CKD<br><br>**ORDER TERMINATING<br>WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:08-CR-00269-WBS |

    The Court, having reviewed the file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), it appearing that the debt for which the garnishment was authorized has been paid in full and good cause appearing therefor, the court hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

    1.    Pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Garnishment issued on September 2, 2022, is hereby TERMINATED; and

ORDER TERMINATING WRIT OF GARNISHMENT     1

1  ///

2      2.      The Clerk of the United States District Court shall CLOSE this miscellaneous case.

3      IT IS SO ORDERED.

4  Dated: November 3, 2022

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE